UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8148-PMH

UNITED STATES OF AMERICA

v.

YONI OXLAY-BAILON,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?  ☐ Yes  ☑ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _/s/ Aurora Fagan_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email: Aurora.Fagan@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>YONI OXLAY-BAILON,<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  25-mj-8148-PMH<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 19, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

FILED BY ___TM___ D.C.

Mar 21, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

Sworn in person
AmH

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Date: 3/21/2025

_____
*Judge's signature*

City and state: West Palm Beach, FL

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Yoni OXLAY-BAILON committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about March 19, 2025, Yoni OXLAY-BAILON was arrested in Palm Beach County, Florida on charges of driving under the influence, and driving without valid license. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Yoni OXLAY-BAILON is a native and citizen of Guatemala. Records further shows that on or about April 18, 2016, Yoni OXLAY-BAILON was ordered removed. The Order of Removal was

1

executed on or about May 4, 2016, whereby Yoni OXLAY-BAILON was removed from the United States and returned to Guatemala.

5. Records further show that on or about April 19, 2016, in the United States District Court, Southern District of Texas, Yoni OXLAY-BAILON was convicted of the offense of entering the United States illegally at a place other than as designated by the immigration officers, case number 16-po-05320.

6. Yoni OXLAY-BAILON's fingerprints taken in connection with his March 19, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Yoni OXLAY-BAILON.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Yoni OXLAY-BAILON filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Yoni OXLAY-BAILON obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

(Remainder of page intentionally left blank.)

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about March 19, 2025, Yoni OXLAY-BAILON, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn in person
AnK

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-8148-PMH

### BOND RECOMMENDATION

DEFENDANT: YONI OXLAY-BAILON

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  AURORA FAGAN

Last Known Address: _____

What Facility:  Palm Beach County Jail

Agent(s):  Andy Korzen, HSI Deportation Officer
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (OTHER)